IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00914-WYD-MEH

ABDELALI ALAMI (A#078-896-781);
MOHAMED HALLOUZ (A#076-386-727);
ABDELHAK SABIR (A#047-505-848); and
AZIZ KHAN (A#046-970-035),

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DENVER, CO; and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Unopposed Motion for Leave to File an Amended Response to Defendants' Motion to Dismiss, filed September 5, 2007 (document #15), is **GRANTED.** Plaintiffs may file their Amended Response.  Defendants may file a Reply to the Amended Response not later than fifteen (15) days from the filing of the Amended Response.

      Dated:  September 6, 2007