IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00914-WYD-MEH

ABDELALI ALAMI;
MOHAMED HALLOUZ;
ABDELHAK SABIR; and
AZIZ KHAN,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DENVER, CO; and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## ORDER

Pursuant to the Motion to Dismiss by Stipulation filed by the parties, it is hereby

ORDERED that all Claims by Plaintiffs Abdelali Alami, Mohamed Hallouz and Aziz Khan are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

    Dated: March 18, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge