IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00914-WYD-MEH

ABDELALI ALAMI;
MOHAMED HALLOUZ;
ABDELHAK SABIR; and
AZIZ KHAN,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DENVER, CO; and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## ORDER RE: STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND TO CLOSE THE CASE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss All Claims with Prejudice and to Close the Case, filed April 18, 2008 (docket #25). The Court having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED that the parties' Stipulated Motion to Dismiss All Claims with Prejudice and to Close the Case, filed April 18, 2008 (docket #25) is **GRANTED**. It is

FURTHER ORDERED that all Claims by Plaintiff Abdelhak Sabir are hereby **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorneys' fees. It is

FURTHER ORDERED that since there are no further claims pending, the case is hereby dismissed.

Dated: April 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
U. S. DISTRICT JUDGE